Anthony M. Barnes (Bar No. 199048)
Jason Flanders (Bar No. 238007)
Email: amb@atalawgroup.com
AQUA TERRA AERIS LAW GROUP LLP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Phone: (917) 371-8293

Kelly Clark (Bar No. 312251)
Email: kelly@losangeleswaterkeeper.org
LOS ANGELES WATERKEEPER
120 Broadway, Suite 105
Santa Monica, CA 90401
Phone: (310) 394-6162

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit corporation<br><br>Plaintiff,<br><br>v.<br><br>COAST HEAT TREATING, CO., a California corporation,<br><br>Defendant. | **Civil Case No.:** 2:21-cv-02211-JFW<br><br>**NOTICE OF TENTATIVE SETTLEMENT** |

1  **PLEASE TAKE NOTICE** that the parties have reached a tentative
2  settlement in this proceeding. Their agreement is reflected in the proposed Consent
3  Decree attached to this notice as "Exhibit A," a copy of which is being sent to the United
4  States Department of Justice ("DOJ") and the United States Environmental Protection
5  Agency ("EPA") for a 45-day review period as required under Section 135.5 of Title 40
6  of the Code of Federal Regulations. Plaintiff will provide the Court with the written
7  notice of commencement of the 45-day review period once Plaintiff receives that notice
8  from DOJ. At the end of the 45-day review period, Plaintiff will notify the Court of any
9  objections received from the reviewing agencies, and if no objections are received, will
10 submit the proposed Consent Decree for consideration and approval by this Court.
11     Should the Court require any additional information, the undersigned will be
12 pleased to provide it upon request.
13
14 Dated: June 4, 2021                    Respectfully submitted,
15                                        AQUA TERRA AERIS LAW GROUP
16
17                                        s/ Anthony M. Barnes
18                                        Anthony M. Barnes
                                          Attorneys for
19                                        Los Angeles Waterkeeper
20
...
28